Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
07 OCT 29 PM
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

JEAN-CLAUDE DEMOSTHENIDY,
an individual doing business as
INTERACTIVE DESIGN SYSTEMS

vs

FINLEY ENGINEERING GROUP,
INC., a Florida corporation; DOES 1
through 10, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2050 WQH (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THE TECH LAW GROUP, P.C.
ATTN: Jonathan Paul
110 West C St., Suite 2200
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 2 9 2007

W. Samuel Hamrick, Jr.
CLERK                                          DATE

J. PARIS (SEAL)

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)