| UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY FOR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>Karen A. Holmes, Esq. (SBN 109520)<br>Todd C. Samuels, Esq. (SBN 236854)<br>BALESTRERI, PENDLETON & POTOCKI<br>401 B Street, Suite 1470<br>San Diego, CA 92101<br><br>TELEPHONE NO.:<br>(619) 686-1930<br>(619) 497-1052 Fax | FILED<br>'07 DEC -4 PM 4:06<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
| SHORT CASE TITLE<br>DEMOSTHENIDY v. FINLEY | JUDGE: William Q. Hayes<br>DEPUTY |
| ATTORNEYS FOR<br>Defendant Finley Engineering Group, Inc. | CASE NO.<br>07CV2050WQH (BLM) |

## PROOF OF SERVICE BY MAIL
(CCP 1013a(3) & 2015.5(b))

I, the undersigned, declare that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of the County of San Diego, State of California; my business address is 401 B Street, Suite 1470, San Diego, California 92101. On December 4, 2007, I served the following document(s):

1. **ANSWER OF DEFENDANT FINLEY ENGINEERING GROUP, INC. TO COMPLAINT OF JEAN-CLAUDE DEMOSTHENIDY DBA INTERACTIVE DESIGN SYSTEMS**
2. **COUNTERCLAIM OF DEFENDANT FINLEY ENGINEERING GROUP, INC. AGAINST JEAN-CLAUDE DEMOSTHENIDY AND LYNNE DEMOSTHENIDY DBA INTERACTIVE DESIGN SYSTEMS**

Of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively as follows:

### *** SEE ATTACHED SERVICE LIST ***

XX    **(MAIL)** I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid. Executed on December 4, 2007.

Jonathan A. Paul, Esq.
THE TECH LAW GROUP, P.C.
110 West C Street, Suite 2200
San Diego, CA 92101
Ph: 619-881-2305
Fax: 619-696-8795
**Attorney For Plaintiff**

**(CERTIFIED MAIL)** I deposited such envelope in the mail **via certified mail - return receipt** at San Diego, California. The envelope was mailed with postage thereon fully prepaid. Executed on December 4, 2007.

**(FACSIMILE)** In addition to regular mail, I sent this document via facsimile, number(s) as listed on attached mailing list. Executed on December 4, 2007.

I declare that I am readily familiar with the business' practice for collection and processing of correspondence for

mailing with the United States Postal Service; and that the correspondence shall be deposited within the United Stated Postal Service this same day in the ordinary course of business.

Executed on **December 4, 2007**

_____
JESSICA A. BURR