1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS, | Case No. 07cv2050-WQH (BLM) |
| Plaintiffs, | **NOTICE AND ORDER SETTING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive, | |
| Defendants. | |
| and RELATED COUNTERCLAIM. | |

12

13

14

15

16

17

18

19

20

21      **IT IS HEREBY ORDERED** that an Early Neutral Evaluation (ENE) of

22  your case will be held on **January 14, 2008** at **1:30 p.m.** in the

23  chambers of the Honorable Barbara L. Major, United States Magistrate

24  Judge, **located at 940 Front Street, Suite 5140, San Diego,**

25  **California, 92101**.

26  ///

27  ///

28  ///

1    **The following are mandatory guidelines for the parties**
2  **preparing for the Early Neutral Evaluation Conference.**

3      1.  **Purpose of Conference**:  The purpose of the ENE is to
4  permit an informal discussion between the attorneys, parties, and
5  the settlement judge of every aspect of the lawsuit in an effort to
6  achieve an early resolution of the case.  All conference discussions
7  will be informal, off the record, privileged, and confidential.
8  Counsel for any non-English speaking party is responsible for
9  arranging for the appearance of an interpreter at the conference.

10     2.  **Personal Appearance of Parties Required**:  All parties,
11 adjusters for insured defendants, and other representatives of a
12 party having full and complete authority to enter into a binding
13 settlement, and the principal attorneys responsible for the
14 litigation, must be present **in person** and legally and factually
15 prepared to discuss settlement of the case.  <u>Counsel appearing</u>
16 <u>without their clients (whether or not counsel has been given</u>
17 <u>settlement authority) will be cause for immediate imposition of</u>
18 <u>sanctions and may also result in the immediate termination of the</u>
19 <u>conference.</u>

20     Unless there are extraordinary circumstances, persons required
21 to attend the conference pursuant to this Order shall not be excused
22 from personal attendance.  **Requests for excuse from attendance for**
23 **extraordinary circumstances shall be made <u>in writing</u> at least three**
24 **(3) court days prior to the conference.**  Failure to appear at the
25 ENE conference will be grounds for sanctions.

26 ///
27 ///
28 ///

1    3.    **Full Settlement Authority Required**:    In addition to
2  counsel who will try the case, a party or party representative with
3  <u>full settlement authority</u>[1] must be present for the conference.    In
4  the case of a corporate entity, an authorized representative of the
5  corporation who is not retained outside counsel must be present and
6  must have discretionary authority to commit the company to pay an
7  amount  up  to  the  amount  of  the  Plaintiff's  prayer  (excluding
8  punitive damages prayers).    The purpose of this requirement is to
9  have  representatives  present  who  can  settle  the  case  during  the
10  course of the conference without consulting a superior. <u>Counsel for</u>
11  <u>a government entity may be excused from this requirement so long as</u>
12  <u>the  government  attorney  who  attends  the  ENE  conference  (1)  has</u>
13  <u>primary responsibility for handling the case, and (2) may negotiate</u>
14  <u>settlement  offers  which  the  attorney  is  willing  to  recommend  to  the</u>
15  <u>government official having ultimate settlement authority.</u>

16    4.    **Confidential ENE Statements Required**:  No later than five
17  (5)  court  days  prior  to  the  ENE,  the  parties  shall  submit
18  confidential  statements  no  more  than  ten  (10)  pages[2]  in  length
19  directly to the chambers of the Honorable Barbara L. Major.  **These**
20  **confidential  statements  shall  not  be  filed  or  served  on  opposing**
21  **counsel.**    Each  party's  confidential  statement  must  include  the

22

23    [1] "Full settlement authority" means that the individuals at the settlement conference must be
24  authorized to explore settlement options fully and to agree at that time to any settlement terms
     acceptable to the parties. <u>Heileman Brewing Co. v. Joseph Oat Corp.</u>, 871 F.2d 648, 653 (7th Cir.
25  1989).  The person needs to have "unfettered discretion and authority" to change the settlement
     position of a party. <u>Pitman v. Brinker Int'l, Inc.</u>, 216 F.R.D. 481, 485-86 (D. Ariz. 2003). The purpose
26  of requiring a person with unlimited settlement authority to attend the conference contemplates that
     the person's view of the case may be altered during the face to face conference. <u>Id.</u> at 486. A limited
27  or a sum certain of authority is not adequate. <u>See</u> <u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590, 595-97
     (8th Cir. 2001).

28    [2]    The parties shall not append attachments or exhibits to the ENE statement.

1 following:

2          a.    A brief description of the case, the claims and/or

3 counterclaims asserted, and the applicable defenses or position

4 regarding the asserted claims;

5          b.    A specific and current demand or offer for settlement

6 addressing all relief or remedies sought.  If a specific demand or

7 offer for settlement cannot be made at the time the brief is

8 submitted, then the reasons therefore must be stated along with a

9 statement as to when the party will be in a position to state a

10 demand or make an offer; and

11          c.    A brief description of any previous settlement

12 negotiations, mediation sessions, or mediation efforts.

13     General statements that a party will "negotiate in good faith"

14 is not a specific demand or offer contemplated by this Order.  It is

15 assumed that all parties will negotiate in good faith.

16     5.    **New Parties Must be Notified by Plaintiff's Counsel**:

17 Plaintiff's counsel shall give notice of the ENE to parties

18 responding to the complaint after the date of this notice.

19     6.    **Requests to Continue an ENE Conference**:    Local Rule

20 16.1(c) requires that an ENE take place within forty-five (45) days

21 of the filing of the first answer.  Requests to continue ENEs are

22 rarely granted.  However, the Court will consider formal, written,

23 *ex parte*  requests to continue an ENE conference when extraordinary

24 circumstances exist that make a continuance appropriate.  In and of

25 itself, having to travel a long distance to appear in person is not

26 "extraordinary."  **Absent extraordinary circumstances,**

27 ///

28 ///

1  **requests for continuances will <u>not</u> be considered unless submitted <u>in</u>**

2  **<u>writing</u> no less than seven (7) days prior to the scheduled**

3  **conference.**

4       Questions regarding this case or the mandatory guidelines set

5  forth herein may be directed to the Magistrate Judge's law clerk at

6  (619) 557-7372.

7

8  Dated: December 6, 2007            _Barbara L. Major_ _____
                                      BARBARA L. MAJOR
9                                     United States Magistrate Judge

10

11

12
   COPY TO:
13
   HONORABLE WILLIAM Q. HAYES
14 U.S. DISTRICT JUDGE

15 ALL COUNSEL

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**NOTICE OF RIGHT TO CONSENT TO TRIAL
BEFORE A UNITED STATES MAGISTRATE JUDGE**

2

3      In accordance with the provisions of 28 U.S.C. § 636(c), you

4  are hereby notified that a U.S. Magistrate Judge of this district

5  may, upon the consent of all parties, on Form 1A available in the

6  Clerk's Office, conduct any or all proceedings, including a jury or

7  non-jury trial, and order the entry of a final judgment.  Counsel

8  for the plaintiff shall be responsible for obtaining the consent of

9  all parties, should they desire to consent.

10      You should be aware that your decision to consent or not to

11  consent is entirely voluntary and should be communicated solely to

12  the Clerk of Court.  Only if all parties consent will the Judge or

13  Magistrate Judge to whom the case has been assigned be informed of

14  your decision.

15      Judgements of U.S. Magistrate Judges are appealable to the U.S.

16  Court of Appeals in accordance with this statute and the Federal

17  Rules of Appellate Procedure.

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28