UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS,<br><br>          Plaintiffs,<br><br>v.<br><br>FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive,<br><br>          Defendants.<br><br>and RELATED COUNTERCLAIM. | Case No. 07cv2050-WQH (BLM)<br><br>**ORDER DENYING DEFENDANT FINLEY'S REQUEST AND CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC CONFERENCE** |

By order dated December 6, 2007, this Court set an Early Neutral Evaluation Conference (ENE) for <u>January 14, 2008</u> at <u>1:30 p.m.</u> On December 17, 2007, Defendant/Counterclaimant Finley Engineering Group, Inc. ("Finley") filed a request for permission to have its corporate representative and adjuster appear by telephone for the ENE. Doc. No. 8.

///

///

Based on the Court's preliminary review of the pleadings, it appears that some discovery and expert analysis will be necessary in this case before meaningful settlement discussions can occur. Accordingly, the Court **DENIES** Finley's request, but finds it appropriate to convert the January 14, 2008 ENE to a <u>telephonic, attorneys-only</u> conference. The Court will initiate the call on January 14, 2008 at 1:30 p.m.

The parties still are required to submit confidential statements of no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major no later than five (5) court days prior to the ENE. **These confidential statements shall not be filed or served on opposing counsel.** Each party's confidential statement must include the following:

    a.  A brief description of the case, the claims and/or counterclaims asserted, and the applicable defenses or position regarding the asserted claims;

    b.  A specific and current demand or offer for settlement addressing all relief or remedies sought. If a specific demand or offer for settlement cannot be made at the time the brief is submitted, then the reasons therefore must be stated along with a statement as to when the party will be in a position to state a demand or make an offer; and

    c.  A brief description of any previous settlement negotiations, mediation sessions, or mediation efforts.

///

///

---

[1] The parties shall not append attachments or exhibits to the ENE statement.

General statements that a party will "negotiate in good faith" is not a specific demand or offer contemplated by this Order. It is assumed that all parties will negotiate in good faith.

**IT IS SO ORDERED.**

DATED: December 20, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL