Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

JEAN-CLAUDE DEMOSTHENIDY,
an individual doing business as
INTERACTIVE DESIGN SYSTEMS

vs

FINLEY ENGINEERING GROUP,
INC., a Florida corporation; DOES 1
through 10, inclusive

SUMMONS IN A CIVIL ACTION

Case No. 07 CV 2050 WQH (BLM)

Served
Date 11/5/07   Time 8:50am
MICHAEL C. NOLAN, NO. 111
a certified process server
In the Circuit and County Courts
In and for the Second Judicial Circuit

TO: (Name and Address of Defendant)

Finley Engineering Group, Inc.
1589 Metropolitan Boulevard
Tallahassee, Florida 32308

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THE TECH LAW GROUP, P.C.
ATTN: Jonathan Paul
110 West C St., Suite 2200
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 29 2007

W. Samuel Hamrick, Jr.
CLERK                                          DATE
J. Payse

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, EXHIBITS |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |
| DATE: | 11/16/07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

850 AM

[X] Served personally upon the defendant:

FINLEY ENGINEERING GROUP, INC., GRAIG FINLEY as President

Place where served:

1589 Metropolitan Blvd., Tallahassee, FL 32308

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 38-45  HEIGHT: 6'1"  WEIGHT: 225  SKIN: WHITE  HAIR: DRK  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/14/2007

SIGNATURE OF OUT OF STATE  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JONATHAN A. PAUL, ESQ. |
| PLAINTIFF: | JEAN CLAUDE DEMOSTHENIDY, ET AL |
| DEFENDANT: | FINLEY ENGINEERING GROUP, INC., ET AL |
| VENUE: | SOUTHERN DISTRICT OF CALIFORNIA |
| DOCKET: | 07 CV 2050 WQH (BLM) |

Sworn and Subscribed to By Michael Nolan this 14th day of November, 2007.

Katherine Ann Ruther
Commission # DD514459
Expires April 25, 2010
Bonded Troy Fain Insurance Inc 800-385-7019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JVS