UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS,<br><br>      Plaintiff,<br><br>v.<br><br>FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive,<br><br>      Defendants.<br><br>and RELATED COUNTERCLAIM. | Civil No. 07cv2050-WQH(BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

  On January 14, 2008 at 1:30 p.m. the Court held a telephonic, attorneys-only Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Appearing were Jonathan Paul on behalf of Plaintiff and Karen Holmes and Todd Samuels on behalf of Defendants.

  During the conference, the Court discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

  1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to

1  proceed with the initial disclosure process. Any further objections
2  to initial disclosure will be resolved as required by Rule 26;
3       2.   The Rule 26(f) conference shall be completed on or
4  before **January 28, 2008**;
5       3.   A joint discovery plan shall be <u>lodged</u> with Magistrate
6  Judge Barbara L. Major on or before **February 4, 2008**;
7       4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
8  occur on or before **February 11, 2008**; and,
9       5.   A Case Management Conference pursuant to Rule 16(b)
10 shall be held on **February 21, 2008** at **2:30 p.m.**, or as soon
11 thereafter as the Court's calendar will allow, with the chambers of
12 Magistrate Judge Major. **Counsel shall appear telephonically.** The
13 Court will initiate the conference call.
14      Parties are hereby warned that failure to comply with this
15 Order may result in the imposition of sanctions. Additionally,
16 failure to respond to discovery requests or to comply with the
17 Federal Rules of Civil Procedure regarding discovery may result in
18 the imposition of sanctions including monetary sanctions,
19 evidentiary sanctions and the dismissal or default of your case.
20      **IT IS SO ORDERED.**
21 DATED: January 15, 2008

23                          BARBARA L. MAJOR
                            United States Magistrate Judge

25
   COPY TO:
26
   HONORABLE WILLIAM Q. HAYES
27 UNITED STATES DISTRICT JUDGE
28 ALL COUNSEL AND PARTIES