| UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY FOR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>Karen A. Holmes, Esq. (SBN 109520)<br>Todd C. Samuels, Esq. (SBN 236854)<br>BALESTRERI, PENDLETON & POTOCKI<br>401 B Street, Suite 1470<br>San Diego, CA 92101     TELEPHONE NO.:<br>(619) 686-1930<br>(619) 497-1052 Fax | |
| SHORT CASE TITLE<br>DEMOSTHENIDY v. FINLEY | JUDGE:   William Q. Hayes |
| ATTORNEYS FOR<br>Defendant Finley Engineering Group, Inc. | CASE NO.<br>07CV2050WQH (BLM) |

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, the undersigned, declare that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of the County of San Diego, State of California; my business address is 401 B Street, Suite 1470, San Diego, California 92101.

On February 11, 2008, I served the following document(s) via ECF described as:

## INITIAL DISCLOSURE STATEMENT OF FINLEY ENGINEERING GROUP, INC. PURSUANT TO FRCP 26

on designated recipients through electronic transmission through the ECF system, which notifies the parties. Upon completion of said transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by ECF's system.

Executed on **February 11, 2008**

_____
**Gloria E. Hernandez**