Karen A. Holmes (SBN 109520)
Todd C. Samuels (SBN 236854)
BALESTRERI, PENDLETON & POTOCKI
401 B Street
Suite 1470
San Diego, CA 92101
(619) 686-1930 / FAX (619) 497-1052

Attorneys for Defendant/Counterclaimant
**FINLEY ENGINEERING GROUP, INC**

## UNITED STATES DISTRICT COURT FOR

## THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 07CV 2050WQH (BLM)<br><br>**SUPPLEMENTAL DISCLOSURE STATEMENT OF FINLEY ENGINEERING GROUP, INC. PURSUANT TO FRCP 26(e)**<br><br>JUDGE:　Hon. Barbara L. Major<br>DEPT.:　C<br>TRIAL:　Not Yet Set |

Pursuant to Federal Rule of Civil Procedure 26(e), Defendant and Counter-claimant, FINLEY ENGINEERING GROUP, INC. ("Finley Engineering") submits the following supplemental disclosures to JEAN-CLAUDE DEMOSTHENIDY and LYNNE DEMOSTHENIDY, individuals doing business as INTERACTIVE DESIGN SYSTEMS ("IDS"):

**B.    Documents**

　　　　The following list describes the documents or other items which are in the possession, custody, or control of Finley Engineering and may be used to support its defenses and claims:

* Journal entries of Jerry Pfunter of Finley Engineering relating to the design and construction

1  of the Bridge that it is subject matter of this litigation. The entries are dated January 22, 2007 to
2  March 14, 2007.
3      The foregoing documents will be made available for inspection and copying at the office of
4  counsel for Finley Engineering at a mutually convenient time. Finley Engineering reserved its right
5  to supplement and/or amend its disclosure if new or different information becomes available.
6  Discovery is continuing.

Dated: March 6, 2008                    BALESTRERI, PENDLETON & POTOCKI

                                        By _____
                                           Karen A. Holmes
                                           Todd C. Samuels
                                           Attorneys for Defendant/Counterclaimant,
                                           **FINLEY ENGINEERING GROUP, INC.**

SUPPLEMENTAL DISCLOSURE STATEMENT OF FINLEY ENGINEERING GROUP, INC. PURSUANT TO FRCP 26(e)

DOC: 120283

| UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>Karen A. Holmes, Esq. (SBN 109520)<br>Todd C. Samuels, Esq. (SBN 236854)<br>BALESTRERI, PENDLETON & POTOCKI<br>401 B Street, Suite 1470<br>San Diego, CA 92101 | TELEPHONE NO.:<br>(619) 686-1930<br>(619) 497-1052 Fax | |
| SHORT CASE TITLE<br>DEMOSTHENIDY v. FINLEY | | JUDGE: William Q. Hayes |
| ATTORNEYS FOR<br>Defendant Finley Engineering Group, Inc. | | CASE NO.<br>07CV2050WQH (BLM) |

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, the undersigned, declare that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of the County of San Diego, State of California; my business address is 401 B Street, Suite 1470, San Diego, California 92101.

On March 6, 2008, I served the following document(s) via ECF described as:

**SUPPLEMENTAL DISCLOSURE STATEMENT OF FINLEY ENGINEERING GROUP, INC. PURSUANT TO FRCP 26(e)**

on designated recipients through electronic transmission through the ECF system, which notifies the parties. Upon completion of said transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by ECF's system.

Executed on **March 6, 2008**

Jessica A. Burr