Karen Anderson Holmes, (SBN 109520)
Todd Craig Samuels, (SBN 236854)
BALESTRERI, PENDLETON & POTOCKI
401 B Street, Suite 1470
San Diego, CA 92101
619-686-1930 / FAX: 619-497-1052

Attorneys for Defendant/Counterclaimant
**FINLEY ENGINEERING GROUP, INC.**

## UNITED STATES DISTRICT COURT FOR

## THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS,<br><br>Plaintiffs,<br><br>vs.<br><br>FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 07CV 2050WQH (BLM)<br><br>**EXPERT DESIGNATION OF FINLEY ENGINEERING GROUP, INC. PURSUANT TO FRCP 26(a)(2)**<br><br>Hon. William Q. Hayes |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Evidence §26(a)(2), Defendant/Counterclaimant Finley Engineering Group, Inc. ("FEG") designates the following experts:

1. Dorian Janjic, Dipl. Ing.
   Gleisdorfer Gasse 5, 8010 Graz, Austria
   43-316-821531-0

2. Richard Holstrom, CPA, CFE
   1230 Columbia Street, Suite 725
   San Diego, California 92101
   (619) 236-0377

////

1   FEG expressly reserves the right to withdraw any expert designated, expressly or by reference,
2   herein.
3   FEG expressly reserves the right to name or call any additional experts it retains as the need
4   arises during the course of the investigation, discovery or in preparation for trial in the above-
5   captioned action, or as rebuttal or impeachment experts to the experts identified by other parties to
6   this action.
7   FEG also expressly reserves the right to call any expert witnesses, either presently or later,
8   identified by any other party to this action, although not specifically retained by this party, regardless
9   of whether or not such other party remains as a party at the time of trial. The qualifications of these
10  witnesses and the general substance of their testimony are as set forth in the declaration of each other
11  party's attorney, filed in conjunction with Federal Rule of Evidence §26(a)(2) and/or orders of this
12  Court, already served or to be served in the future by other parties to this litigation. FEG may or may
13  not call these other experts witnesses at the time of trial.
14  FEG does not list herein, but nevertheless reserves the right to call as witnesses to testify in
15  either lay or expert matters, or both, those individuals who by virtue of being percipient witnesses
16  with appropriate knowledge, skill, education or experience may give testimony in the form of an
17  opinion.
18  In the event that any additional analyses are obtained by FEG, or any other party prior to trial,
19  FEG reserves the right to call as an expert witness the professional(s) performing the analysis, the
20  same, address and declaration conforming to the requirements of Federal Rule of Evidence §26(a)(2)
21  will be provided by FEG to all other parties to this action as soon as FEG learns that information.
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

1  If any of the witnesses discussed herein are not available at the time of trial, FEG advises all parties that it will introduce competent former testimony, including depositions, of such witnesses in lieu of their live testimony.

Respectfully submitted,

DATED: March 23, 2008

BALESTRERI, PENDLETON & POTOCKI

By: _____
KAREN ANDERSON HOLMES
TODD CRAIG SAMUELS
Attorneys for Defendant/Counterclaimant
**FINLEY ENGINEERING GROUP, INC.**