

Curriculum Vitae of **Richard Holstrom, CPA, CFE**
**Partner**

1230 Columbia Street, Suite 725
San Diego, California 92101

Telephone 619-236-0377
Facsimile 619-236-1923

www.rgl.com

## General Background

Mr. Holstrom has been exclusively involved in the field of Forensic Accounting since 1980. He has worked extensively with attorneys and insurance companies focusing on the measurement of damages, transaction analyses, valuation issues, and other disputes requiring the analysis of accounting data. Mr. Holstrom has been involved in damage calculations due to breach of contract, trademark, copyright, and patent infringement, partnership and corporate disputes, personal injury and wrongful death. Additionally, Mr. Holstrom has been involved in cases involving alter ego, construction costs, and uncovering and evaluating fraud schemes.

Mr. Holstrom has been designated as an accounting expert in California courts including Los Angeles, San Bernardino, Long Beach, Santa Ana, and San Diego as well as courts in Reno and Las Vegas, Nevada. Mr. Holstrom has also served as an expert witness in Federal courts in California, Arizona and Hawaii. He has provided expert testimony in Superior and Federal Court, in depositions, and at arbitration hearings.

## Education

Bachelor of Science - Accounting-1980
School of Professional Accountancy, Long Island University
Greenvale, New York

## Professional Status & Affiliations

Partner, RGL, Inc.
Certified Public Accountant in the states of California and Pennsylvania
Member, American Institute of Certified Public Accountants
Member, California Society of Certified Public Accountants
Member, National Association of Certified Fraud Examiners (CFE)

## Professional History

RGL, Inc. - 1997 to Present

Campos & Stratis LLP - 1980 to 1996

## Teaching and Seminars

Mr. Holstrom taught Accounting and Economics for one year for Chartered Property & Casualty Underwriters, CPCU. He also taught one year for Chartered Life Underwriters, CLU.

In addition, Mr. Holstrom has led numerous seminars on various accounting related topics to attorneys, loss adjusters, and firm staff members. Topics have included Economic Damages in Litigation, Evaluating Personal Injury Cases, Examining the Business Valuation Expert, Loss of Earnings Claims – Commercial and Personal, and Evaluating Business Interruption Claims. Other seminars have included Reading & Understanding Financial Statements and Investigating Employee Dishonesty Claims.

Atlanta, Charlotte, Chicago, Denver, Dublin, Indianapolis, London, Los Angeles, Orange County, Philadelphia, Portland, Sacramento, St Louis, Salt Lake City, San Diego, San Francisco, Seattle, Sydney, Tokyo.
RGL is a trade name of RGL, Inc.



**FEE SCHEDULE**
**RGL - San Diego**

|  | Hourly Rate |
|---|---|
| Expert Testimony | $ 375 |
| Analysis Work: | |
|     Partners & Principals | $ 325 |
|     Directors | $ 275 |
|     Managers | $ 225 |
|     Seniors | $ 200 |
|     Staff | $ 150 |

Out-Of-Pocket Expenses Billed At Cost