| UNITED STATES DISTRICT COURT- SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>Karen A. Holmes, Esq. (SBN 109520)<br>Todd C. Samuels, Esq. (SBN 236854)<br>BALESTRERI, PENDLETON & POTOCKI<br>401 B Street, Suite 1470<br>San Diego, CA 92101 | TELEPHONE NO.:<br>(619) 686-1930<br>(619) 497-1052 Fax | |
| SHORT CASE TITLE<br>DEMOSTHENIDY v. FINLEY | | JUDGE: William Q. Hayes |
| ATTORNEYS FOR<br>Defendant Finley Engineering Group, Inc. | | CASE NO.<br>07CV2050WQH (BLM) |

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, the undersigned, declare that I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of the County of San Diego, State of California; my business address is 401 B Street, Suite 1470, San Diego, California 92101.

On March 21, 2008, I served the following document(s) via ECF described as:

**EXPERT DESIGNATION OF FINLEY ENGINEERING GROUP, INC. PURSUANT TO FRCP 26(a)(2)**

on designated recipients through electronic transmission through the ECF system, which notifies the parties. Upon completion of said transmission of said documents, a certified receipt is issued to filing party acknowledging receipt by ECF's system.

Executed on **March 21, 2008**

Jessica A. Burr