1  Karen Anderson Holmes, (SBN 109520)
   Todd Craig Samuels, (SBN 236854)
2  BALESTRERI, PENDLETON & POTOCKI
   401 B Street, Suite 1470
3  San Diego, CA 92101
   619-686-1930 / FAX: 619-497-1052
4
   Attorneys for Defendant/Counterclaimant
5  **FINLEY ENGINEERING GROUP, INC.**

6

7

8               UNITED STATES DISTRICT COURT FOR

9               THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 JEAN-CLAUDE DEMOSTHENIDY, an ) Case No.: 07CV 2050WQH (BLM)
   individual doing business as INTERACTIVE )
   DESIGN SYSTEMS, )
12                                         )
                                           ) **JOINT MOTION CONFIRMING**
13         Plaintiffs,                     ) **SETTLEMENT OF ENTIRETY OF MATTER**
                                           ) **AND REQUEST TO CANCEL MANDATORY**
   vs.                                     ) **SETTLEMENT CONFERENCE**
14                                         )
15 FINLEY ENGINEERING GROUP, INC., a )
   Florida corporation; DOES 1 through 10, ) DATE:     June 6, 2008
   inclusive,                              ) TIME:     9:30 a.m.
16                                         )
           Defendants.                     )
17                                         ) **Honorable Barbara L. Major, United States**
                                           ) **Magistrate Judge**
18                                         )
                                           )
19 AND RELATED COUNTERCLAIM               )
                                           )
20 _____ )

21 ////

22 ////

23 ///

24 ////

25 ////

26 ////

27 ////

28 ////

                                         1
   JOINT MOTION CONFIRMING SETTLEMENT OF ENTIRETY OF MATTER AND REQUEST TO CANCEL MSC

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the parties to the above-captioned matter have settled this matter in its entirety. The parties respectfully request that the Court cancel the Mandatory Settlement Conference currently scheduled for June 6, 2008. Furthermore, the parties respectfully request that the Court order that an appearance is not necessary based on the settlement. Each party will dismiss their actions upon execution of the settlement agreement and mutual release.

Respectfully submitted,

DATED:                                    THE TECH LAW GROUP, P.C.

By: _____
     JONATHAN A. PAUL
     Attorneys for Plaintiff/Counterdefendants
     **JEAN-CLAUDE DEMOSTHENIDY** and
     **LYNNE DEMOSTHENIDY**, individuals
     doing business as **INTERACTIVE**
     **DESIGN SYSTEMS**

DATED: 6/4/08            BALESTRERI, PENDLETON & POTOCKI

By: _____
     KAREN ANDERSON HOLMES
     TODD CRAIG SAMUELS
     Attorneys for Defendant/Counterclaimant
     **FINLEY ENGINEERING GROUP, INC**