UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS,<br><br>          Plaintiff,<br><br>v.<br><br>FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive,<br><br>          Defendants.<br><br>and RELATED COUNTERCLAIM. | Case No. 07cv2050-WQH (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT, GRANTING JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE, AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL**<br><br>**[Doc. No. 20]** |

On June 5, 2008, the parties filed a joint motion confirming that the parties have reached a settlement and requesting that the Court vacate the Mandatory Settlement Conference scheduled for June 6, 2008. Doc. No. 20. The parties represent that they have settled the matter in its entirety. Id.

In light of this settlement, the Court hereby **GRANTS** the joint motion and **VACATES** the Mandatory Settlement Conference.

///

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **July 10, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **July 10, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **July 15, 2008** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: June 5, 2008

*/s/ Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

1  COPY TO:

2  HONORABLE WILLIAM Q. HAYES
   U.S. DISTRICT JUDGE
3
   ALL COUNSEL