1  Jonathan A. Paul, (SBN 216455)
   THE TECH LAW GROUP, P.C.
2  110 West C Street, Suite 2200
   San Diego, CA 92101
3  619-881-2305 / FAX: 619-696-8785

4  Attorneys for Plaintiff/Counterdefendants
   **JEAN-CLAUDE DEMOSTHENIDY** and **LYNNE DEMOSTHENIDY**,
5   individuals doing business as **INTERACTIVE DESIGN SYSTEMS**

6  Karen Anderson Holmes, (SBN 109520)
   Todd Craig Samuels, (SBN 236854)
7  BALESTRERI, PENDLETON & POTOCKI
   401 B Street, Suite 1470
8  San Diego, CA 92101
   619-686-1930 / FAX: 619-497-1052
9
   Attorneys for Defendant/Counterclaimant
10 **FINLEY ENGINEERING GROUP, INC.**

11
                    **UNITED STATES DISTRICT COURT FOR**
12
                    **THE SOUTHERN DISTRICT OF CALIFORNIA**
13

14 | JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS, | Case No.: 07CV 2050WQH (BLM) |
|---|---|
| Plaintiffs, | **JOINT MOTION FOR DISMISSAL** |
| vs. | **Honorable Barbara L. Major, United States Magistrate Judge** |
| FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

24 ////
25 ////
26 ///
27 ////
28 ////

1
JOINT MOTION FOR DISMISSAL AMD [PROPOSED] ORDER

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the parties to the above-captioned matter have settled this matter in its entirety. The parties hereto respectfully submit this Joint Motion for Dismissal of this action in its entirety with prejudice and request that the Court dismiss this action in its entirety with prejudice, including the complaint and counterclaim.

Respectfully submitted,

DATED: 7/10/08

THE TECH LAW GROUP, P.C.

By: _____
JONATHAN A. PAUL
Attorneys for Plaintiff/Counterdefendants
**JEAN-CLAUDE DEMOSTHENIDY** and
**LYNNE DEMOSTHENIDY**, individuals
doing business as **INTERACTIVE
DESIGN SYSTEMS**

DATED: 7/10/08

BALESTRERI, PENDLETON & POTOCKI

By: _____
KAREN ANDERSON HOLMES
TODD CRAIG SAMUELS
Attorneys for Defendant/Counterclaimant
**FINLEY ENGINEERING GROUP, INC**