1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT FOR

# THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM<br>_____ | Case No.: 07CV 2050WQH (BLM)<br><br>**[PROPOSED] ORDER ON JOINT MOTION FOR DISMISSAL**<br><br>**Honorable Barbara L. Major, United States Magistrate Judge** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July, 10 2008, Plaintiff/Counterdefendants Jean-Claude Demosthenidy and Lynne Demosthenidy dba Interactive Design Systems and Defendant/Counterclaimant Finley Engineering Group, Inc. filed a Joint Motion for Dismissal of this action in its entirety with prejudice. The Court, having considered all documents submitted, and good cause appearing therefore orders as follows:

/ / /

/ / /

1      **IT IS HEREBY ORDERED** that the Joint Motion of the parties is granted. The case is dismissed in its entirety with prejudice, including the complaint and counterclaim.

DATED:_____    _____
                                            **United States Magistrate Judge**