UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual doing business as INTERACTIVE DESIGN SYSTEMS,<br><br>  Plaintiff,<br><br>v.<br><br>FINLEY ENGINEERING GROUP, INC., a Florida corporation; DOES 1 through 10, inclusive,<br><br>  Defendants.<br><br>and RELATED COUNTERCLAIM. | Case No. 07cv2050-WQH (BLM)<br><br>**ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |

A Joint Motion for Dismissal has been submitted in this case. The settlement disposition conference scheduled for July 15, 2008 at 9:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED: July 11, 2008

　　　　　　　　　　　　　　　　　　BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL