FILED
2008 JUL 15 AM 10: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN-CLAUDE DEMOSTHENIDY, an individual dba INTERACTIVE DESIGN SYSTEMS,<br><br>                      Plaintiff,<br>vs.<br>FINLEY ENGINEERING GROUP, INC., a Florida corporation,<br><br>                      Defendant. | CASE NO. 07CV2050 WQH (BLM)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY |

HAYES, Judge:

On October 29, 2007, Plaintiff Jean-Claude Demosthenidy filed the Complaint in this matter against Defendant Finley Engineering Group, Inc. (Doc. # 1). On December 4, 2007, Defendant filed counterclaims. (Doc. # 4). On July 11, 2008, the parties filed a joint motion to dismiss this action in its entirety. (Doc. # 22).

Good cause appearing, the joint motion to dismiss this action in its entirety (Doc. # 22) is GRANTED. This action is hereby dismissed in its entirety and with prejudice.

**IT IS SO ORDERED**.

DATED: 7/14/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT